**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01894-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GERARDO HERRERA, INDIVIDUALLY and d/b/a
El lobo Multiservicios Professionales, Inc.;
Lobo Multiservicios; and
Lobos Multiservicios LLC,

    Defendant.

---

## DEFAULT JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 55(b), the following Default Judgment is hereby entered.

Pursuant to the Order Granting The United States' Motion for A Default Judgment And Permanent Injunction Against Def of Judge John L. Kane entered on January 7, 2016 it is

ORDERED that Default Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA and against Defendant, GERARDO HERRERA, individually and d/b/a El Lobo MultiServicios Professionales, Inc.; Lobo Multiservicios; and Lobos Multiservicios LLC.  It is further

ORDERED that the Clerk shall enter judgment in favor of the plaintiff consistent with the rulings herein. Given the nature of this action and its disposition, there shall be no shifting of costs to the government as the prevailing

party.

    Dated at Denver, Colorado this 7th day of January, 2016.

                            FOR THE COURT:
                            JEFFREY P. COLWELL, CLERK

                    By:  s/   Bernique Abiakam

                            Bernique Abiakam
                            Deputy Clerk