# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01894-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

GERARDO HERRERA, individually and d/b/a
El Lobo MultiServicios Professionales, Inc.;
Lobo Multiservicios; and
Lobos Multiservicios LLC,

    Defendant.

---

## ORDER

---

Kane, J.

    Having reviewed the Status Report submitted by Mr. Herrera in response to the Court's March 11, 2016, oral directive to show substantial compliance with the Court's orders (Doc. 29), the Court finds that Mr. Herrera has engaged in good faith in an effort to meet his compliance obligations and has made significant progress.

    IT IS ORDERED that Mr. Herrera shall have an additional 20 days, or until April 29, 2016, in which to meet his obligations regarding certified mailings, and in the interim Ms. Ramirez is directed to CONFER with Ms. Eskesen in an effort to reach a compromise regarding postage and the expense of those mailings.

    IT IS FURTHER ORDERED, that the IRS shall file a further Status Report on or

before May 10, 2016, on the question of Mr. Herrera's compliance, stating specifically whether the contempt citation may be discharged by Mr. Herrera's purging of contempt.

DATED: April 8, 2016.

                IT IS SO ORDERED

*/s/ John L. Kane*
JOHN L. KANE
SENIOR U.S. DISTRICT COURT JUDGE